Lobdell, Appellant, *v.* Lobdell; Thorsen et al., Appellees.

[Cite as *Lobdell v. Lobdell,* 107 Ohio St.3d 1201, 2005-Ohio-5974.]

(No. 2005–0386—Submitted October 12, 2005—Decided November 23, 2005.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

Moyer, C.J., Resnick, Pfeifer, Lundberg Stratton, O'Connor, O'Donnell and Lanzinger, JJ., concur.

Robin Lyn Green, for appellant.

Richard P. Wright, for appellees Jerry and Coral Thorsen.